IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE PETERS,<br><br>Defendant. | Case No. 22-cr-00265-CRB-1<br><br>**ORDER TO SHOW CAUSE** |

The Court hereby ORDERS Defendant Dale Peters TO SHOW CAUSE, by <u>Monday, April 29, 2024 at 12:15 p.m.</u>, why he should not be held in contempt for his failure to follow the Court's order to complete the financial documents that would enable U.S. probation to access his financial information. <u>See</u> Form 12 (dkt. 3) at 2 (Charge Two).

**IT IS SO ORDERED.**

Dated: April  19 , 2024

CHARLES R. BREYER
United States District Judge